UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN FRANCIS, #2253451, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:24-CV-534-B-BK |
| | § | |
| JOHN DOE, | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 3rd day of April, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE